UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 1 8 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**Habtamu Daniel,**

    **Plaintiff,**

v.

**Former White House Secret Service,**

    **Defendant.**

Civil Action No.

10 0817

## MEMORANDUM OPINION

The plaintiff has filed a pro se complaint and an application to proceed in forma pauperis. The application will be granted and the complaint will be dismissed because it fails to state a claim against the defendant upon which relief may be granted and also seeks relief that is not available from this court.

The plaintiff, who states that he was hearing voices and tried to commit suicide while he was confined for two months in the District of Columbia jail, and now cannot "find work because of [his] mental illness and imprisonment," wants "the district court to force the superior court to close [his ] case" because he is innocent." Compl. at 1-2. Asserting that a "person who has a visiting letter cannot be arrested," and that he was "arrested by the secret services" despite having a "visiting letter from [his] representative," he wants "the proper compensation from the former white house secret services for making me homeless and [because they] tried to kill me by sending a mentally ill person in jail and for forcing me to commit suicide." *Id.* at 2.

As contentions of fact, the plaintiff's allegations that the Secret Service "tried to kill" him by sending him to jail and by "forcing him to commit suicide," are clearly baseless and warrant dismissal as delusional. *See Nietzke v. Williams,* 490 US 319, 326-27 (1989). The allegation that the Secret Service arrested the plaintiff despite "a visiting letter from [his] representative" does



not state a claim against the defendant upon which relief may be granted. Moreover, the plaintiff's request that this court intervene in proceedings before the Superior Court of the District of Columbia cannot be granted, as this court does not exercise supervisory jurisdiction over the proceedings in Superior Court. In sum, the complaint does not state a claim against the defendant upon which relief may be granted , and seeks relief beyond the scope of this court's jurisdiction. Accordingly, the complaint will be dismissed without prejudice.

A separate order of dismissal accompanies this memorandum opinion.

Date: April 23, 2010

United States District Judge